UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MICHAEL LANNING and MARCIA FRANCIS, *on behalf of themselves and similarly situated employees*,

                               Plaintiffs,

-against-

WELLS FARGO BANK, N.A.,

                               Defendant.
------------------------------------- x

ORDER

20 Civ. 2055 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion to dismiss dated May 11, 2020, (ECF No. 8), is DENIED as moot, because Plaintiffs subsequently filed an amended complaint, (ECF No. 15), to which Defendant has filed an answer.

Dated: New York, New York
       October 15, 2020

                                                           SO ORDERED.

                                                           GEORGE B. DANIELS
                                                           United States District Judge