UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL LANNING, *on behalf of himself and similarly situated employees*,

                           Plaintiff,

    -against-

WELLS FARGO BANK, N.A.,

                           Defendant.

------------------------------------- x

ORDER

20 Civ. 2055 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for November 4, 2020 at 9:30 am is canceled.

Dated: New York, New York
       October 29, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge