UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL LANNING and MARCIA
FRANCIS, on behalf of themselves and
similarly situated employees,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

------------------------------------------------------------x

Case No. 1:20-cv-02055-GBD

## RULE 502(d) ORDER

  The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

  SO ORDERED.

Dated: **FEB 0 4 2021**, 2021
   New York, New York

_____
GEORGE B. DANIELS
United States District Judge