Case 1:20-cv-02055-GBD Document 32 Filed 03/01/21 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 01 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MICHAEL LANNING and MARCIA FRANCIS, *on behalf of themselves and similarly situated employees*,

                                Plaintiffs,

-against-

WELLS FARGO BANK, N.A.,

                                Defendant.

------------------------------------- x

ORDER

20 Civ. 2055 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from March 3, 2021 to April 21, 2021 at 9:45 a.m. The Clerk of Court is directed to close the letter motion at ECF No. 31.

Dated: New York, New York
         March 1, 2021

                                                  SO ORDERED.

                                                  *George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  United States District Judge