

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

kdabashi@seyfarth.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 5 2021

April 2, 2021

**VIA ECF**
Hon. George B. Daniels
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 0 5 2021

Re:   *Lanning v. Wells Fargo Bank, N.A.*, Case No. 1:20-cv-02055-GBD

Dear Judge Daniels:

Kindly accept this letter as the undersigned's application to withdraw as attorney of record for Defendant in this action.

The reason for my application is that effective April 3, 2021, I will no longer be an associate at the law firm of Seyfarth Shaw LLP. Defendant will continue to be represented by attorneys of record from Seyfarth Shaw LLP.

Accordingly, I respectfully request that the Court grant my application to withdraw as counsel of record for Defendant and instruct the Clerk of the Court to remove me from any applicable service list and to terminate the delivery of all ECF notices to me in this action.

Thank you for your time and consideration.

Respectfully submitted,

*/s/ Kaveh Dabashi*
Kaveh Dabashi

CC:   All counsel of record (via ECF)