**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x
MICHAEL LANNING and MARIA FRANCIS, *on behalf of themselves and similarly situated employees*,

                           Plaintiffs,

-against-

WELLS FARGO BANK, N.A.

                          Defendants.

------------------------------------------ x

ORDER

20 Civ. 2055 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The status conference scheduled for April 21, 2021 is adjourned to April 28, 2021 at 9:45 am.

Dated: New York, New York
       April 19, 2021

                                       SO ORDERED.

                                       */s/ George B. Daniels*
                                       GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE