UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MICHAEL LANNING, *on behalf of himself and similarly situated employees*,

      Plaintiff,

-against-

WELLS FARGO, N.A.,

      Defendant.

------------------------------------- x

ORDER

20 Civ. 2055 (GBD) (KNF)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on May 5, 2021 at 9:45 a.m. is hereby cancelled in light of this Court's referral to Magistrate Judge Fox for General Pretrial and Specific Non-Dispositive Motion/Dispute.

Dated: May 3, 2021
   New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE