UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL LANNING and MARCIA FRANCIS, :
on behalf of themselves and similarly situated
employees, :

                Plaintiffs, :

           - against - :     ORDER

WELLS FARGO BANK, N.A., :     20-CV-2055 (GBD)(KNF)

              Defendant. :

------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on May 13, 2021, at 3:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York         SO ORDERED:
       May 10, 2021

                                             _____
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE