```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL LANNING and MARCIA FRANCIS,          :
on behalf of themselves and similarly situated
employees,                                   :

                Plaintiffs,                  :

        - against -                          :       ORDER

WELLS FARGO BANK, N.A.,                      :       20-CV-2055 (GBD)(KNF)

                Defendant.                   :
-----------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Gina Merrill, Esq. ("Merrill") submitted a proposed order, Docket Entry No.48, which, if endorsed by the Court, would permit her to withdraw as counsel to the defendant. Local Civil Rule 1.4 of this court explains that satisfactory reasons for the requested withdrawal by counsel to a party must be presented to the Court, via affidavit or other means, before the Court may issue an order of withdrawal. Merrill failed to provide any reason for her request to withdraw as defendant's counsel. Therefore, the request that Court endorse the withdrawal order appearing at Docket Entry No. 48 is denied.

Dated: New York, New York         SO ORDERED:
       October 13, 2021

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE