UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL LANNING                                  :

                                                 :          ORDER

                        Plaintiffs,
                                                 :          20 Civ. 2055 (GBD) (GWG)

        -v.-

                                                 :

WELLS FARGO BANK, N.A                             :

                                                 :

                        Defendants.              :
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        A telephone conference in this matter shall take place on November 16, 2021,  at 10:30
a.m.   At that time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The
public may also dial in but will be permitted only to listen.)   When dialing in to the conference,
the parties must be in a quiet location, must not be outdoors or in a vehicle, and must not use a
speakerphone.  The Court will record the proceeding for purposes of transcription in the event a
transcript is ordered.  However, any other recording or dissemination of the proceeding in any
form is forbidden.

        When addressing the Court, counsel must not use a speakerphone.

        Each attorney or unrepresented party is directed to ensure that all other attorneys or
unrepresented parties on the case are aware of the oral argument date and time.  In addition, any
requests for an adjournment must be made in compliance with Judge Gorenstein's rules
(available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

        SO ORDERED.

Dated: November 12, 2021
        New York, New York


                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge