UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL LANNING                                       :

                                                            :            ORDER
                    Plaintiffs,

                                                            :            20 Civ. 2055 (GBD) (GWG)

    -v.-

                                                             :
WELLS FARGO BANK, N.A.
                                                             :

                    Defendants.              :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Before the Court is plaintiff's Motion for Appointment of Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g). (Docket # 26). The Court has been informed that there is another action being litigated in this district, Lau v. Wells Fargo & Company, 20 Civ. 3870, which is proceeding on a complaint that alleges a putative class action that overlaps to some degree with the claims in this case. Because of this overlap in the two actions, the Court will provide counsel for the Lau plaintiff with an opportunity to oppose plaintiff's motion for appointment of interim class counsel. Any opposition by the Lau plaintiff shall be filed by November 23, 2021.

      Plaintiff's counsel is directed to provide a copy of this order to the counsel for the plaintiff in Lau and to file proof of service with this Court.

      SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge