UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL LANNING                                          :
                                                         :       ORDER
                        Plaintiffs,                      :
                                                         :       20 Civ. 2055 (GBD) (GWG)
     -v.-                                                :
                                                         :
WELLS FARGO BANK, N.A.                                   :
                                                         :
                        Defendants.                      :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The Court has considered the motion for appointment of interim class counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure filed by counsel for plaintiffs Michael Lanning and Marcia Francis (Docket # 26). There has been no other application for appointment and no opposition has been filed to the motion, notwithstanding notice to counsel in a similar suit (Docket ## 52, 54). The Court finds that the proposed attorneys are experienced, qualified to handle employment class actions, and satisfy the criteria listed in Fed. R. Civ. P. 23(g)(1)(A). For the reasons set forth in the memorandum of law accompanying the motion, the Court grants the motion (Docket # 26). Accordingly, Dana Marie Cimera and Brian Scott Schaffer of the law firm Fitapelli & Schaffer, LLP, and Joseph H. Chivers of The Employment Rights Group, LLC are appointed co-interim class counsel pursuant to Fed. R. Civ. P. 23(g)(3).

       SO ORDERED.

Dated: November 24, 2021
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge