UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL LANNING                                       :

                                       :      ORDER
               Plaintiff,                20 Civ. 2055 (GBD) (GWG)
                                       :

  -v.-

                                       :

WELLS FARGO BANK, N.A.                        :

                                       :
              Defendant.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       It appears that the parties' proposed discovery plan (Docket # 61) contains deadlines for the completion of fact discovery (paragraph 3) and expert discovery (paragraph 4), as well as the filing of dispositive motions (paragraph 6). The parties are directed to file a letter explaining why there is a need for the Court to schedule, after the decision on any class certification motion, "(a) a deadline to complete additional fact discovery and/or additional discovery, if any; (b) deadlines for the filing of dispositive motions prior to trial" as stated in paragraph 7.

       The letter shall be filed on or before July 18, 2022.

       SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                                                                _____
                                                                                GABRIEL W. GORENSTEIN
                                                                                United States Magistrate Judge