IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| MICHAEL LANNING and MARCIA FRANCIS, on behalf of themselves and similarly situated employees, | : : : | Case No. 1:20-cv-02055-GBD |
| Plaintiffs, | : : | |
| v. | : : | |
| WELLS FARGO BANK, N.A., | : : | |
| Defendant. | : | |

## ORDER

**NOW**, this 29 day of March, 2023, upon consideration of Plaintiffs' Unopposed Motion to Transfer Case to Western District of Pennsylvania Pursuant to 28 U.S.C. § 404(A), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

Dated: March 29, 2023
New York, New York

Hon. Gabriel W. Gorenstein
United States Judge